# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DEBRA QUINN,

    Plaintiff,

v.

CITY OF VANCOUVER, et al.

    Defendants.

CASE NO. C17-5969 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 316. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion to dismiss based on newly acquired evidence of ethical misconduct, Dkt. 264, is **DENIED**; and

\\
\\
\\

ORDER - 1

(3) This matter is re-referred to Judge Creatura for further consideration.

Dated this 11th day of May, 2021.

*signature*

BENJAMIN H. SETTLE
United States District Judge