UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA QUINN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF VANCOUVER, ERIC HOLMES, BRONSON POTTER, and JONATHAN YOUNG,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-05969-TL<br><br>ORDER |

Pursuant to Local Civil Rule 11(b), the Parties notified the Court in a letter dated January 27, 2022 that they have reached a settlement agreement and that they intend to submit a stipulated dismissal. Pursuant to Section VII of the Court's Standing Order for All Civil Cases, it is hereby:

Ordered that Parties shall submit a stipulated dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), **within thirty (30) days of this Order**.

ORDER - 1

If the Parties do not submit a stipulated dismissal by the above deadline, the Court will enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if they have not perfected the settlement agreement **within sixty (60) days of the dismissal order**.

It is further ORDERED that all pending deadlines in this case, including the trial date, are STRICKEN.

IT IS SO ORDERED.

Dated this 28th day of January, 2022.

*[signature]*

Tana Lin
United States District Judge

ORDER - 2