THE HONORABLE TANA LIN
Trial Date: May 17, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA QUINN, an individual,<br><br>                      Plaintiff,<br><br>  v.<br><br>CITY OF VANCOUVER, a municipal corporation; ERIC HOLMES, BRONSON POTTER, JONATHAN YOUNG, in their individual and official capacities,<br><br>                    Defendants. | No. 3:17-cv-05969-BHS<br><br>[~~PROPOSED~~]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF INDIVIDUAL DEFENDANTS<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Debra Quinn and all Defendants that all of Plaintiff's claims against individual Defendants Eric Holmes, Bronson Potter, and Jonathan Young may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated:  January 28, 2022        KLEIN MUNSINGER LLC

                                                    */s/ Damien T. Munsinger (w/email permission 1/28/2022)*
                                                    Damien T. Munsinger, WSBA #50531
                                                    Russell G. Gomm, WSBA #56138
                                                    *Attorneys for Plaintiff*
                                                    1215 SE 8th Avenue, Suite F
                                                    Portland, OR 97214-3497
                                                    Telephone:  (503) 568-1078
                                                    Email:  damien@kleinmunsinger.com

STIPULATION FOR AND ORDER OF DISMISSAL OF
INDIVIDUAL DEFENDANTS - 1
3:17-cv-05969-BHS

1109-00002/Quinn v. City of Vancouver - Stipulation of dismissal and order re indiv Defendants

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Email:  russell@kleinmunsinger.com

Dated:  January 27, 2022          DAVIDSON KILPATRIC & KRISLOCK, PLLC


*/s/ Colleen Kinerk (w/email permission 1/27/2022)*
Colleen Kinerk, WSBA #7676
*Attorney for Defendant City of Vancouver*
520 Kirkland Way, Suite 400
Kirkland, WA  98083
Phone:  (425) 822-2228
Email:  colleen@kirklandlaw.com


Dated:  January 27, 2022          WILLIAMS KASTNER


*/s/ Sheryl Willert (w/email permission 1/27/2022)*
Sheryl D. J. Willert, WSBA #8617
Jeffrey M. Wells, WSBA #45840
*Attorneys for Defendant Eric Holmes*
Two Union Square
601 Union St Ste 4100
Seattle, WA 98101-1368
Phone: 206-628-2408
Email:  swillert@williamskastner.com
Email:  Jwells@williamskastner.com


Dated:  January 27, 2022          KEATING, BUCKLIN & McCORMACK, INC., P.S.


*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
*Attorney for Defendants Bronson Potter and Jonathan Young*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
Email:  jfreeman@kbmlawyers.com

STIPULATION FOR AND ORDER OF DISMISSAL OF
INDIVIDUAL DEFENDANTS - 2
3:17-cv-05969-BHS

1109-00002/Quinn v. City of Vancouver - Stipulation of dismissal and order re indiv Defendants

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that all of Plaintiff's claims against individual Defendants Eric Holmes, Bronson Potter, and Jonathan Young are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 3rd day of February 2022.

_____
Tana Lin
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL OF
INDIVIDUAL DEFENDANTS - 3
3:17-cv-05969-BHS

1109-00002/Quinn v. City of Vancouver - Stipulation of dismissal and order re indiv Defendants

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423