UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBRA QUINN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF VANCOUVER,<br><br>                    Defendant. | CASE NO. 3:17-cv-05969-TL<br><br>ORDER REGARDING<br>ATTORNEY FEES AND COSTS |

The matter presently before the Court is Plaintiff Debra Quinn and Defendant City of Vancouver's Stipulation Re: Attorneys' Fees and Costs (Dkt. No. 341). Having considered the stipulation and the pleadings and filings in this case, and being fully apprised, the Court hereby ORDERS as follows:

The City of Vancouver having permanently surrendered and waived any and all rights to the collection and recovery of the $50,843 in attorneys' fees and costs, plus interest, awarded to it under the Court's March 29, 2021 Order (Dkt. No. 312), any obligation of Plaintiff to pay these amounts is DISCHARGED.

ORDER REGARDING
ATTORNEY FEES AND COSTS - 1

IT IS SO ORDERED.

Dated this 4th day of February 2022.

                                                            _____
                                                            Tana Lin
                                                            United States District Judge

ORDER REGARDING
ATTORNEY FEES AND COSTS - 2