THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT OF

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DEBRA QUINN,** an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>**CITY OF VANCOUVER,** a municipal corporation; **ERIC HOLMES**, **BRONSON POTTER**, and **JONATHAN YOUNG**, in their individual and official capacities,<br><br>   Defendants. | Case No.: 3:17-cv-05969-TL<br><br>[PROPOSED]<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT CITY OF VANCOUVER**<br><br>[CLERKS ACTION REQUIRED]<br><br>NOTE ON MOTION CALENDAR:<br>February 8, 2022 |

STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT CITY OF VANCOUVER
17-cv-05969-TL - Page 1

KLEIN MUNSINGER LLC
1215 SE 8TH Ave. Ste. F
PORTLAND, OR 97214
(503) 568-1078

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Debra Quinn and all Defendants that all of Plaintiff's claims against Defendant City of Vancouver may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED: February 7, 2022        KLEIN MUNSINGER LLC

By: *s/ Damien Munsinger*
    Damien Munsinger, WSBA No. 50531
    1215 SE 8th Ave Ste F
    Portland, OR 97214
    damien@kleinmunsinger.com
    (503) 568-1078
    Attorneys for Plaintiff

DATED: February 7, 2022        DAVIDSON KILPATRIC & KRISLOCK, PLLC

By: *s/ Colleen Kinerk*
    Mary Colleen Kinerk, WSBA No. 7676
    520 Kirkland Way Ste 400
    PO Box 817
    Kirkland, WA 98083
    colleen@kirklandlaw.com
    (425) 822-2228
    Attorneys for Defendant City of Vancouver

STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT CITY OF VANCOUVER
17-cv-05969-TL - Page 2

KLEIN MUNSINGER LLC
1215 SE 8TH Ave. Ste. F
PORTLAND, OR 97214
(503) 568-1078

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that all of Plaintiff's claims against Defendant City of Vancouver are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated this 8th day of February 2022.

_____
Tana Lin
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL OF DEFENDANT CITY OF VANCOUVER
17-cv-05969-TL - Page 3

KLEIN MUNSINGER LLC
1215 SE 8TH Ave. Ste. F
PORTLAND, OR 97214
(503) 568-1078